UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JONATHAN SEGUNDO,**

      **Plaintiff,**

v.                                                  Case No: 8:21-cv-1627-MSS-JSS

**WHOLE FOODS MARKET GROUP, INC.,**

      **Defendant.**

_____

**ORDER OF DISMISSAL**

On April 7, 2022, the Defendant filed a Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 14) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of April 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party

- 2 -